264 F.2d 672
 CITY OF WILLIS, TEXAS, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 17546.
 United States Court of Appeals Fifth Circuit.
 April 1, 1959.
 
 Robert L. Burns, W. Ervin James, Houston, Tex., Hofheinz, Sears, James & Burns, Houston, Tex., George Darden, City Atty., Conroe, Tex., of counsel, for appellant.
 Randolph F. Wheless, Jr., Asst. U.S. Atty., Houston, Tex., William B. Butler, U.S. Atty., Houston, Tex., for appellee.
 Before JONES, BROWN and WISDOM, Circuit Judges.
 PER CURIAM.
 
 
 1
 For the reasons assigned by the District Court we affirm its judgment. United States v. City of Willis, D.C., 164 F.Supp. 324.
 
 
 2
 Affirmed.